United States Bankruptcy Court
District of Arizona

In re:  Case No. 21-01276-EPB
ROBERT W AKERS  Chapter 7
TABATHA L AKERS
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0970-2    User: admin    Page 1 of 3
Date Rcvd: Jun 07, 2021    Form ID: 318    Total Noticed: 50

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

+++    Addresses marked '+++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(e).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 09, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | ROBERT W AKERS, TABATHA L AKERS, 5117 S 243RD DR, BUCKEYE, AZ 85326-2644 |
| cr | +++ | AMERICREDIT FINANCIAL SERVICES, INC. DBA GM FINANC, P O BOX 183853, ARLINGTON, TX 76096-3853 |
| 16364223 | + | Aaron's Sales & Lease, Attn: Bankruptcy, Po Box 100039, Kennesaw GA 30156-9239 |
| 16364225 | + | Aimee Hulce, 10112 Country Club Lane, Island City OR 97850-8430 |
| 16364231 | + | Brinks Home Security, Attn: Bankruptcy, Po Box 814530, Dallas TX 75381-4530 |
| 16364236 | + | CBCS, Attn: Bankruptcy, Po Box 551149, Jacksonville FL 32255-1149 |
| 16364241 | + | Continental Finance Co, Attn: Bankruptcy, Po Box 8099, Newark DE 19714-8099 |
| 16364242 | + | Creditsinc, Po Box 127, Hermiston OR 97838-0127 |
| 16364243 | + | Fazile Akers, 525 SW 13th Place, Apt H204, Hermiston OR 97838-6861 |
| 16364246 | + | Gurstel Law Firm, 9320 E Raintree Dr, Scottsdale AZ 85260-2016 |
| 16364250 | + | LVNV Funding, 6801 S Cimarron Rd, Ste 424J, Las Vegas NV 89113-2273 |
| 16364255 | + | Oregon Child Support, 4600 25th Ave Ne, Salem OR 97301-0026 |
| 16364256 | + | Oregon Dept of Child Support, PO Box 14680, Salem OR 97309-0449 |
| 16364257 | + | Peter M Balsino, Attorney, PO Box 13428, Tempe AZ 85284-0058 |
| 16364259 | + | Prestige Financial Svc, Attn: Bankruptcy, 351 W Opportunity Way, Draper UT 84020-1399 |
| 16364260 | + | Receivables Management Group, Attn: Bankruptcy, 2901 University Ave. Suite #29, Columbus GA 31907-7601 |
| 16364262 | + | Sierra Collections & C, 1858 Paseo San Luis Ste, Sierra Vista AZ 85635-5825 |
| 16364263 | + | Sunrun, 4219 E. Broadway Rd. Ste 102., Phoenix AZ 85040-8888 |
| 16364265 | + | United Finance Company, Attn: Bankruptcy, 515 E. Burnside, Portland OR 97214-1183 |

TOTAL: 19

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | EDI: BDABIRDSELL | Jun 08 2021 01:53:00 | DAVID A. BIRDSELL, 216 N. CENTER, MESA, AZ 85201-6629 |
| smg | | EDI: AZDEPREV.COM | Jun 08 2021 01:53:00 | AZ DEPARTMENT OF REVENUE, BANKRUPTCY & LITIGATION, 1600 W. MONROE, 7TH FL., PHOENIX, AZ 85007-2650 |
| 16384128 | | EDI: PHINAMERI.COM | Jun 08 2021 01:53:00 | AMERICREDIT FINANCIAL SERVICES, INC., DBA GM FINANCIAL, P O BOX 183853, ARLINGTON, TX 76096 |
| 16364224 | + | Email/Text: backoffice@affirm.com | Jun 07 2021 23:03:00 | Affirm, Inc., Attn: Bankruptcy, Po Box 720, San Francisco CA 94104-0720 |
| 16364226 | + | EDI: GMACFS.COM | Jun 08 2021 01:53:00 | Ally Financial, Attn: Bankruptcy, Po Box 380901, Bloomington MN 55438-0901 |
| 16364227 | + | EDI: PHINAMERI.COM | Jun 08 2021 01:53:00 | AmeriCredit/GM Financial, Attn: Bankruptcy, Po Box 183853, Arlington TX 76096-3853 |
| 16364228 | + | Email/Text: bk@avant.com | Jun 07 2021 23:02:00 | Avant, 222 N. Lasalle St, Chicago IL 60601-1003 |
| 16364229 | + | EDI: BANKAMER.COM | Jun 08 2021 01:53:00 | Bank of America, Attn: Bankruptcy, 4909 |

| ID | Method | Date/Time | Recipient |
|---|---|---|---|
| | | | Savarese Circle, Tampa FL 33634-2413 |
| 16364230 | + EDI: TSYS2.COM | Jun 08 2021 01:53:00 | Barclays Bank Delaware, Attn: Bankruptcy, Po Box 8801, Wilmington DE 19899-8801 |
| 16364232 | + EDI: CAPITALONE.COM | Jun 08 2021 01:53:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City UT 84130-0285 |
| 16364233 | + EDI: CAPITALONE.COM | Jun 08 2021 01:53:00 | Capital One, Po Box 31293, Salt Lake City UT 84131-0293 |
| 16364234 | + EDI: CAPONEAUTO.COM | Jun 08 2021 01:53:00 | Capital One Auto Finance, Attn: Bankruptcy, Po Box 30285, Salt Lake City UT 84130-0285 |
| 16364235 | + EDI: CAPITALONE.COM | Jun 08 2021 01:53:00 | Capital One/boscovs, Attn: Bankruptcy, Po Box 30285, Salt Lake City UT 84130-0285 |
| 16364237 | EDI: WFNNB.COM | Jun 08 2021 01:53:00 | Comenity Bank/Bealls, Attn: Bankruptcy, Po Box 182125columbus, Columbus OH 43218 |
| 16364238 | + EDI: WFNNB.COM | Jun 08 2021 01:53:00 | Comenity Bank/Sterling, Attn: Bankruptcy Dept, Po Box 182125, Columbus OH 43218-2125 |
| 16364239 | + EDI: WFNNB.COM | Jun 08 2021 01:53:00 | Comenitybank/Maurices, Attn: Bankruptcy, Po Box 182125, Columbus OH 43218-2125 |
| 16364240 | + Email/Text: bankruptcynotices@conns.com | Jun 07 2021 22:59:00 | Conns, Attn: Bankruptcy, 2445 Technology Forest Blvd, Bldg 4, Ste, The Woodlands TX 77381-5259 |
| 16364244 | + EDI: BLUESTEM | Jun 08 2021 01:53:00 | Fingerhut, Attn: Bankruptcy, 6250 Ridgewood Road, Saint Cloud MN 56303-0820 |
| 16364245 | + Email/Text: holly.harris@gesa.com | Jun 07 2021 23:01:00 | Gesa Crun, P.o. Box 500, Richland WA 99352-0500 |
| 16364247 | + Email/Text: Bankruptcy@jmlaw.com | Jun 07 2021 23:03:00 | Johnson Mark LLC, 1601 N 7th St, Ste 250, Phoenix AZ 85006-2360 |
| 16364248 | + EDI: LENDNGCLUB | Jun 08 2021 01:53:00 | LendingClub, Attn: Bankruptcy, 595 Market St, Ste 200, San Francisco CA 94105-2807 |
| 16364249 | + Email/Text: ZyCredit.A.User@lesschwab.com | Jun 07 2021 23:02:00 | Les Schwab Tire Center, 20900 Cooley Road, Bend OR 97701-3406 |
| 16364251 | Email/Text: camanagement@mtb.com | Jun 07 2021 23:00:00 | M & T Bank, Attn: Bankruptcy, Po Box 844, Buffalo NY 14240 |
| 16364252 | + Email/Text: BKRMailOPS@weltman.com | Jun 07 2021 23:00:00 | Marks and Morgan/Sterling Jewelers, Attn: Bankruptcy, 375 Ghent Rd, Akron OH 44333-4601 |
| 16364253 | + EDI: MID8.COM | Jun 08 2021 01:53:00 | Midland Funding Llc, Attn: Bankruptcy, Po Box 939069, San Diego CA 92193-9069 |
| 16396316 | + Email/Text: bankruptcy@numericacu.com | Jun 07 2021 23:02:00 | Numerica Credit Union, Attn: Bankruptcy, Po Box 4000, Spokane Valley WA 99037-4000 |
| 16364254 | + EDI: AGFINANCE.COM | Jun 08 2021 01:53:00 | OneMain Financial, Attn: Bankruptcy, Po Box 3251, Evansville IN 47731-3251 |
| 16364258 | EDI: PRA.COM | Jun 08 2021 01:53:00 | Portfolio Recovery, Attn: Bankruptcy, 120 Corporate Blvd, Norfolk VA 23502 |
| 16365823 | + EDI: RECOVERYCORP.COM | Jun 08 2021 01:53:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 16364261 | + Email/PDF: resurgentbknotifications@resurgent.com | Jun 08 2021 00:34:21 | Resurgent Capital Services, Attn: Bankruptcy, Pob 10497, Greenville SC 29603-0497 |
| 16364264 | + EDI: RMSC.COM | Jun 08 2021 01:53:00 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando FL 32896-5060 |

TOTAL: 31

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 09, 2021　　　　　　　　　Signature:　　　/s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 7, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| DAVID A. BIRDSELL | ecf@azbktrustee.com dbirdsell@ecf.epiqsystems.com,az15@ecfcbis.com |
| THOMAS ADAMS MCAVITY | on behalf of Debtor ROBERT W AKERS documents@phxfreshstart.com tom@phxfreshstart.com |
| THOMAS ADAMS MCAVITY | on behalf of Joint Debtor TABATHA L AKERS documents@phxfreshstart.com tom@phxfreshstart.com |
| U.S. TRUSTEE | USTPRegion14.PX.ECF@USDOJ.GOV |

TOTAL: 4

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **ROBERT W AKERS** <br> First Name    Middle Name    Last Name | Social Security number or ITIN  xxx–xx–4104 <br> EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | **TABATHA L AKERS** <br> First Name    Middle Name    Last Name | Social Security number or ITIN  xxx–xx–1504 <br> EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court  **District of Arizona** | | |
| Case number:  **2:21–bk–01276–EPB** | | |

# Order of Discharge                                          12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

ROBERT W AKERS                                    TABATHA L AKERS

6/7/21                              **By the court:**  Eddward P. Ballinger Jr.
                                                      United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318                         **Order of Discharge**                              page 1

Case 2:21-bk-01276-EPB    Doc 19    Filed 06/07/21    Entered 06/09/21 21:59:12    Desc
                    Imaged Certificate of Notice    Page 4 of 5

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**