# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF ARIZONA
## PHOENIX DIVISION

In re:  AKERS, ROBERT W.  §  Case No. 2:21-bk-01276-EPB
        AKERS, TABATHA L.  §
                           §
                           §

Debtor(s)

---

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on 02/23/2021. The undersigned trustee was appointed on 02/23/2021.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized the gross receipts of                  $          20,775.23

   Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 0.00 |
| Bank service fees | 240.94 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]             $ | 20,534.29 |

The remaining funds are available for distribution.

---

[1]The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 10/01/2021 and the deadline for filing governmental claims was 10/01/2021. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $2,827.52. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $2,827.52, for a total compensation of $2,827.52[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $124.26 for total expenses of $124.26[2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 12/02/2022 _____          By: /s/ David A. Birdsell _____
                                                                    Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

_____

[2]If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

# Form 1
# Individual Estate Property Record and Report
## Asset Cases

**Case No.:**   2:21-bk-01276-EPB
**Case Name:**   AKERS, ROBERT W.
AKERS, TABATHA L.

**For Period Ending:**   12/02/2022

**Trustee Name:**   (240206) David A. Birdsell
**Date Filed (f) or Converted (c):**   02/23/2021 (f)
**§ 341(a) Meeting Date:**   03/29/2021
**Claims Bar Date:**   10/01/2021

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=§554(a) abandon. | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | 5117 S 243RD DR, BUCKEYE, AZ 85326-0000, MARICOPA COUNTY | 270,000.00 | 18,935.00 | | 18,935.00 | FA |
| 2 | 2008 DODGE 1500, 125000 MILES | 5,000.00 | 0.00 | | 0.00 | FA |
| 3 | PERSONAL POSSESSION IN HOME AT LIQUIDATION VALUE | 2,000.00 | 0.00 | | 0.00 | FA |
| 4 | 2 TVS, 2 CELL PHONES, 1 COMPUTER, PRINTER | 1,000.00 | 0.00 | | 0.00 | FA |
| 5 | GOLF CLUBS | 100.00 | 0.00 | | 0.00 | FA |
| 6 | KIMBER 380, KIMBER 45, KIMBER 10, S&M AR-15 | 2,000.00 | 0.00 | | 0.00 | FA |
| 7 | PERSONAL CLOTHING | 800.00 | 0.00 | | 0.00 | FA |
| 8 | WEDDING RINGS, COSTUME | 350.00 | 0.00 | | 0.00 | FA |
| 9 | 3 DOGS | 0.00 | 0.00 | | 0.00 | FA |
| 10 | CHECKING: CHASE BANK XXX5978 | 17.00 | 923.00 | | 923.00 | FA |
| 11 | CHECKING: NUMERICA CREDIT UNION | 15.00 | 0.00 | | 0.00 | FA |
| 12 | CHECKING: CHASE BANK | 222.00 | 0.00 | | 0.00 | FA |
| 13 | 401K: EMPLOYER | 951.00 | 0.00 | | 0.00 | FA |
| 14 | 401K: EMPLOYER 401K | 954.00 | 0.00 | | 0.00 | FA |
| 15 | LIVING TRUST - NO ASSETS OTHER THAN TITLE TO PERSONAL RESIDENCE AND BANK ACCOUNT | 0.00 | 0.00 | | 0.00 | FA |
| 16 | KANSAS CITY LIFE - TERM: SPOUSE | 0.00 | 0.00 | | 0.00 | FA |
| 17 | TICKETS PURCHASED PRE-PETITION USED POST PETITION (u) | 628.00 | 628.00 | | 628.00 | FA |
| 18 | 2021 TAX REFUNDS - ESTATE'S PRO-RATA PORTION (u) | 289.23 | 289.23 | | 289.23 | FA |
| **18** | Assets Totals (Excluding unknown values) | **$284,326.23** | **$20,775.23** | | **$20,775.23** | **$0.00** |

**Major Activities Affecting Case Closing:**

TRUSTEE IS WORKING CLAIMS AND ON HIS FINAL REPORT

**Initial Projected Date Of Final Report (TFR):**   12/31/2021          **Current Projected Date Of Final Report (TFR):**   12/31/2022

UST Form 101-7-TFR (5/1/2011)

# Form 2

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case No.:** | 2:21-bk-01276-EPB | |
| **Case Name:** | AKERS, ROBERT W. | |
| | AKERS, TABATHA L. | |
| **Taxpayer ID #:** | **-***2586 | |
| **For Period Ending:** | 12/02/2022 | |

| | |
|---|---|
| **Trustee Name:** | David A. Birdsell (240206) |
| **Bank Name:** | Metropolitan Commercial Bank |
| **Account #:** | ******7221 Checking |
| **Blanket Bond (per case limit):** | $27,456,481.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 03/26/21 | {10} | AKERS FAMILY TRUST | PAYMENT FROM DEBTOR | 1129-000 | 923.00 | | 923.00 |
| 03/31/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 5.00 | 918.00 |
| 04/27/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | -5.00 | 923.00 |
| 07/08/21 | {17} | ROBERT W. AKERS, TABATHA L. AKERS | REIMBURSEMENT FOR TICKETS PURCHASED | 1229-000 | 628.00 | | 1,551.00 |
| 07/30/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 5.00 | 1,546.00 |
| 08/31/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 5.00 | 1,541.00 |
| 09/30/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 5.00 | 1,536.00 |
| 10/29/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 5.00 | 1,531.00 |
| 11/30/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 5.00 | 1,526.00 |
| 12/31/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 5.00 | 1,521.00 |
| 01/31/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 5.00 | 1,516.00 |
| 02/28/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 5.00 | 1,511.00 |
| 03/31/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 5.00 | 1,506.00 |
| 04/29/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 5.00 | 1,501.00 |
| 05/01/22 | {18} | ROBERT W. AKERS, TABATHA L. AKERS | 2021 TAX REFUNDS - ESTATE'S PRO-RATA SHARE | 1224-000 | 289.23 | | 1,790.23 |
| 05/31/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 5.00 | 1,785.23 |
| 06/15/22 | {1} | ROBERT W. AKERS, TABATHA L. AKERS | DEBTOR SETTLEMENT PAYMENT FOR EQUITY IN HOME | 1110-000 | 18,935.00 | | 20,720.23 |
| 06/30/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 17.30 | 20,702.93 |
| 07/29/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 32.07 | 20,670.86 |
| 08/31/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 36.44 | 20,634.42 |
| 09/30/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 33.06 | 20,601.36 |
| 10/31/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 31.91 | 20,569.45 |
| 11/30/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 35.16 | 20,534.29 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | 20,775.23 | 240.94 | $20,534.29 |
| Less: Bank Transfers/CDs | 0.00 | 0.00 | |
| Subtotal | 20,775.23 | 240.94 | |
| Less: Payments to Debtors | | 0.00 | |
| NET Receipts / Disbursements | $20,775.23 | $240.94 | |

{ } Asset Reference(s)          UST Form 101-7-TFR (5/1/2011)          ! - transaction has not been cleared

# Form 2
## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case No.:** | 2:21-bk-01276-EPB |
| **Case Name:** | AKERS, ROBERT W. |
| | AKERS, TABATHA L. |
| **Taxpayer ID #:** | **-***2586 |
| **For Period Ending:** | 12/02/2022 |

| | |
|---|---|
| **Trustee Name:** | David A. Birdsell (240206) |
| **Bank Name:** | Metropolitan Commercial Bank |
| **Account #:** | ******7221 Checking |
| **Blanket Bond (per case limit):** | $27,456,481.00 |
| **Separate Bond (if applicable):** | N/A |

| | |
|---|---|
| Net Receipts: | $20,775.23 |
| Plus Gross Adjustments: | $0.00 |
| Less Payments to Debtor: | $0.00 |
| Less Other Noncompensable Items: | $0.00 |
| Net Estate: | $20,775.23 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---|---|---|
| ******7221 Checking | $20,775.23 | $240.94 | $20,534.29 |
| | **$20,775.23** | **$240.94** | **$20,534.29** |

UST Form 101-7-TFR (5/1/2011)

# Exhibit C

## Analysis of Claims Register

### Case: 2:21-bk-01276-EPB ROBERT W AKERS AND TABATHA L AKERS

Claims Bar Date: 10/01/21

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| FEE | David A. Birdsell<br>216 North Center<br>Mesa, AZ 85201<br><2100-000 Trustee Compensation><br>, 100 | Administrative<br><br>06/15/22 | | $2,827.52<br>$2,827.52 | $0.00 | $2,827.52 |
| TE | David A. Birdsell<br>216 North Center<br>Mesa, AZ 85201<br><2200-000 Trustee Expenses><br>, 100 | Administrative<br><br>12/02/22 | | $124.26<br>$124.26 | $0.00 | $124.26 |
| | LANE & NACH, PC<br>2001 E. CAMPBELL AVE. SUITE 103<br>Phoenix, AZ 85016<br><3210-000 Attorney for Trustee Fees (Other Firm)><br>, 200 | Administrative<br><br>12/02/22 | | $5,268.50<br>$5,268.50 | $0.00 | $5,268.50 |
| | LANE & NACH, PC<br>2001 E. CAMPBELL AVE. SUITE 103<br>Phoenix, AZ 85016<br><3220-000 Attorney for Trustee Expenses (Other Firm) ><br>, 100 | Administrative<br><br>12/02/22 | | $110.50<br>$110.50 | $0.00 | $110.50 |
| 3 | DOJ - DIVISION OF CHILD SUPPORT<br>EX REL: FRAZILE AKERS<br>PO BOX 14670<br>SALEM, OR 97309<br><5800-000 Claims of Governmental Units - § 507(a)(8)><br>, 570 | Priority<br><br>07/29/21 | | $1,004.30<br>$1,004.30 | $0.00 | $1,004.30 |
| 4 | DOJ - DIVISION OF CHILD SUPPORT<br>EX REL: AIMEE HULCE<br>PO BOX 14670<br>SALEM, OR 97309<br><5800-000 Claims of Governmental Units - § 507(a)(8)><br>, 570 | Priority<br><br>07/29/21 | | $824.42<br>$824.42 | $0.00 | $824.42 |

# Exhibit C

## Analysis of Claims Register

### Case: 2:21-bk-01276-EPB ROBERT W AKERS AND TABATHA L AKERS

Claims Bar Date: 10/01/21

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 1 | QUANTUM3 GROUP LLC AS AGENT FOR Sadino Funding LLC PO Box 2489 Kirkland, WA 98083-2489 <7100-000 General Unsecured - § 726(a)(2)> , 610 | Unsecured 07/06/21 | | $933.57 $933.57 | $0.00 | $933.57 |
| 2 | LES SCHWAB TIRE CENTER OF PORTLAND, INC. PO BOX 5350 Bend, OR 97708 <7100-000 General Unsecured - § 726(a)(2)> , 610 | Unsecured 07/19/21 | | $1,105.81 $1,105.81 | $0.00 | $1,105.81 |
| 5 | PORTFOLIO RECOVERY ASSOCIATES, LLC POB 12914 Norfolk, VA 23541 <7100-000 General Unsecured - § 726(a)(2)> , 610 | Unsecured 08/27/21 | | $577.48 $577.48 | $0.00 | $577.48 |
| 6 | PORTFOLIO RECOVERY ASSOCIATES, LLC POB 12914 Norfolk, VA 23541 <7100-000 General Unsecured - § 726(a)(2)> , 610 | Unsecured 08/27/21 | | $507.75 $507.75 | $0.00 | $507.75 |
| 7 | LVNV FUNDING LLC Resurgent Capital Services PO Box 10587 Greenville, SC 29603-0587 <7100-000 General Unsecured - § 726(a)(2)> , 610 | Unsecured 09/08/21 | | $886.01 $886.01 | $0.00 | $886.01 |
| 8 | PORTFOLIO RECOVERY ASSOCIATES, LLC POB 12914 Norfolk, VA 23541 <7100-000 General Unsecured - § 726(a)(2)> , 610 | Unsecured 09/10/21 | | $1,991.56 $1,991.56 | $0.00 | $1,991.56 |

**UST Form 101-7-TFR (5/1/2011)**

## Exhibit C

## Analysis of Claims Register

### Case: 2:21-bk-01276-EPB ROBERT W AKERS AND TABATHA L AKERS

Claims Bar Date: 10/01/21

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 9 | PORTFOLIO RECOVERY ASSOCIATES, LLC<br>POB 12914<br>Norfolk, VA 23541<br><7100-000 General Unsecured - § 726(a)(2)><br>, 610 | Unsecured<br>09/17/21 | | $5,363.34<br>$5,363.34 | $0.00 | $5,363.34 |
| 10 | QUANTUM3 GROUP LLC AS AGENT FOR Comenity Bank<br>PO Box 2489<br>Kirkland, WA 98083-2489<br><7100-000 General Unsecured - § 726(a)(2)><br>, 610 | Unsecured<br>09/23/21 | | $470.43<br>$470.43 | $0.00 | $470.43 |
| 11 | CREDITS, INCORPORATED<br>PO BOX 127<br>HERMISTON, OR 97838<br><7100-000 General Unsecured - § 726(a)(2)><br>, 610 | Unsecured<br>09/28/21 | | $3,380.46<br>$3,380.46 | $0.00 | $3,380.46 |
| 12 | PORTFOLIO RECOVERY ASSOCIATES, LLC<br>POB 12914<br>Norfolk, VA 23541<br><7100-000 General Unsecured - § 726(a)(2)><br>, 610 | Unsecured<br>10/01/21 | | $829.59<br>$829.59 | $0.00 | $829.59 |
| | | | Case Total: | | $0.00 | $26,205.50 |

# TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 2:21-bk-01276-EPB
Case Name: ROBERT W AKERS AND TABATHA L AKERS
Trustee Name: David A. Birdsell

**Balance on hand:** $ 20,534.29

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| | None | | | | |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 20,534.29

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - David A. Birdsell | 2,827.52 | 0.00 | 2,827.52 |
| Trustee, Expenses - David A. Birdsell | 124.26 | 0.00 | 124.26 |
| Attorney for Trustee Fees (Other Firm) - LANE & NACH, PC | 5,268.50 | 0.00 | 5,268.50 |
| Attorney for Trustee Expenses (Other Firm) - LANE & NACH, PC | 110.50 | 0.00 | 110.50 |

Total to be paid for chapter 7 administrative expenses: $ 8,330.78
Remaining balance: $ 12,203.51

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments | Proposed Payment |
|---|---|---|---|
| | None | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 12,203.51

UST Form 101-7-TFR(5/1/2011)

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $1,828.72 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|-----------|----------|------------------------:|-------------------------:|-----------------:|
| 3 | DOJ - DIVISION OF CHILD SUPPORT | 1,004.30 | 0.00 | 1,004.30 |
| 4 | DOJ - DIVISION OF CHILD SUPPORT | 824.42 | 0.00 | 824.42 |

Total to be paid for priority claims: $ 1,828.72
Remaining balance: $ 10,374.79

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $16,046.00 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 64.7 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|-----------|----------|------------------------:|-------------------------:|-----------------:|
| 1 | QUANTUM3 GROUP LLC AS AGENT FOR | 933.57 | 0.00 | 603.62 |
| 2 | LES SCHWAB TIRE CENTER OF PORTLAND, INC. | 1,105.81 | 0.00 | 714.99 |
| 5 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 577.48 | 0.00 | 373.38 |
| 6 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 507.75 | 0.00 | 328.29 |
| 7 | LVNV FUNDING LLC | 886.01 | 0.00 | 572.86 |
| 8 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 1,991.56 | 0.00 | 1,287.67 |
| 9 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 5,363.34 | 0.00 | 3,467.75 |
| 10 | QUANTUM3 GROUP LLC AS AGENT FOR | 470.43 | 0.00 | 304.16 |
| 11 | CREDITS, INCORPORATED | 3,380.46 | 0.00 | 2,185.69 |
| 12 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 829.59 | 0.00 | 536.38 |

Total to be paid for timely general unsecured claims: $ 10,374.79
Remaining balance: $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|-----------|----------|------------------------|-------------------------|------------------|
| None | | | | |

Total to be paid for tardily filed general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|-----------|----------|------------------------|-------------------------|------------------|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

UST Form 101-7-TFR(5/1/2011)