**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF ARIZONA**
**PHOENIX DIVISION**

| | | |
|---|---|---|
| In re: AKERS, ROBERT W. | § | Case No. 2:21-bk-01276-EPB |
| AKERS, TABATHA L. | § | |
| | § | |
| | § | |
| Debtor(s) | | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

David A. Birdsell, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $13,392.00         Assets Exempt: $13,470.00
*(without deducting any secured claims)*

Total Distributions to Claimants: $12,203.51         Claims Discharged Without Payment: $44,956.21

Total Expenses of Administration: $8,571.72

3) Total gross receipts of $20,775.23 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $20,775.23 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $181,232.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $8,571.72 | $8,571.72 | $8,571.72 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $5,746.00 | $1,828.72 | $1,828.72 | $1,828.72 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $39,793.00 | $16,046.00 | $16,046.00 | $10,374.79 |
| **TOTAL DISBURSEMENTS** | $226,771.00 | $26,446.44 | $26,446.44 | $20,775.23 |

4) This case was originally filed under chapter 7 on 02/23/2021. The case was pending for 26 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 05/15/2023           By: /s/ David A. Birdsell
                                 Trustee

**STATEMENT** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 5117 S 243RD DR, BUCKEYE, AZ 85326-0000, MARICOPA COUNTY | 1110-000 | $18,935.00 |
| CHECKING: CHASE BANK XXX5978 | 1129-000 | $923.00 |
| 2021 TAX REFUNDS - ESTATE'S PRO-RATA PORTION | 1224-000 | $289.23 |
| TICKETS PURCHASED PRE-PETITION USED POST PETITION | 1229-000 | $628.00 |
| **TOTAL GROSS RECEIPTS** | | **$20,775.23** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| None | | | |

## EXHIBIT 3 - SECURED CLAIMS

| Claim NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| N/F | M & T Bank | 4110-000 | $181,232.00 | NA | NA | NA |
| | **TOTAL SECURED** | | **$181,232.00** | **$0.00** | **$0.00** | **$0.00** |

### **EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee, Fees - David A. Birdsell | 2100-000 | NA | $2,827.52 | $2,827.52 | $2,827.52 |
| Trustee, Expenses - David A. Birdsell | 2200-000 | NA | $124.26 | $124.26 | $124.26 |
| Bank Service Fees - Metropolitan Commercial Bank | 2600-000 | NA | $240.94 | $240.94 | $240.94 |
| Attorney for Trustee Fees (Other Firm) - LANE & NACH, PC | 3210-000 | NA | $5,268.50 | $5,268.50 | $5,268.50 |
| Attorney for Trustee Expenses (Other Firm) - LANE & NACH, PC | 3220-000 | NA | $110.50 | $110.50 | $110.50 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | **$8,571.72** | **$8,571.72** | **$8,571.72** |

### **EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3 | CLERK OF THE US BANKRUPTCY COURT - DOJ - DIVISION OF CHILD SUPPORT | 5800-001 | NA | $1,004.30 | $1,004.30 | $1,004.30 |
| 4 | CLERK OF THE US BANKRUPTCY COURT - DOJ - DIVISION OF CHILD SUPPORT | 5800-001 | NA | $824.42 | $824.42 | $824.42 |
| N/F | Oregon Dept of Child Support | 5600-000 | $5,746.00 | NA | NA | NA |
| | **TOTAL PRIORITY UNSECURED CLAIMS** | | **$5,746.00** | **$1,828.72** | **$1,828.72** | **$1,828.72** |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | QUANTUM3 GROUP LLC AS AGENT FOR | 7100-000 | NA | $933.57 | $933.57 | $603.62 |
| 2 | LES SCHWAB TIRE CENTER OF PORTLAND, INC. | 7100-000 | NA | $1,105.81 | $1,105.81 | $714.99 |
| 5 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 7100-000 | NA | $577.48 | $577.48 | $373.38 |
| 6 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 7100-000 | $508.00 | $507.75 | $507.75 | $328.29 |
| 7 | LVNV FUNDING LLC | 7100-000 | NA | $886.01 | $886.01 | $572.86 |
| 8 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 7100-000 | NA | $1,991.56 | $1,991.56 | $1,287.67 |
| 9 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 7100-000 | NA | $5,363.34 | $5,363.34 | $3,467.75 |
| 10 | QUANTUM3 GROUP LLC AS AGENT FOR | 7100-000 | NA | $470.43 | $470.43 | $304.16 |
| 11 | CREDITS, INCORPORATED | 7100-000 | NA | $3,380.46 | $3,380.46 | $2,185.69 |
| 12 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 7100-000 | NA | $829.59 | $829.59 | $536.38 |
| N/F | Aaron's Sales & Lease | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Aaron's Sales & Lease | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Aaron's Sales & Lease | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Affirm, Inc. | 7100-000 | $869.00 | NA | NA | NA |
| N/F | Ally Financial | 7100-000 | $0.00 | NA | NA | NA |

| | | | | | | |
|---|---|---|---|---|---|---|
| N/F | AmeriCredit/GM Financial | 7100-000 | $455.00 | NA | NA | NA |
| N/F | Avant | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Bank of America | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Barclays Bank Delaware | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Brinks Home Security | 7100-000 | $0.00 | NA | NA | NA |
| N/F | CBCS | 7100-000 | $1,796.00 | NA | NA | NA |
| N/F | Capital One | 7100-000 | $5,623.00 | NA | NA | NA |
| N/F | Capital One | 7100-000 | $6,351.00 | NA | NA | NA |
| N/F | Capital One | 7100-000 | $5,195.00 | NA | NA | NA |
| N/F | Capital One | 7100-000 | $3,843.00 | NA | NA | NA |
| N/F | Capital One Auto Finance | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Capital One/boscovs | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Comenity Bank/Bealls | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Comenity Bank/Bealls | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Comenity Bank/Sterling | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Comenitybank/Maurices | 7100-000 | $200.00 | NA | NA | NA |
| N/F | Conns | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Continental Finance Co | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Creditsinc | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Creditsinc | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Fingerhut | 7100-000 | $933.00 | NA | NA | NA |

| | | | | | | |
|---|---|---|---|---|---|---|
| N/F | Gesa Crun | 7100-000 | $0.00 | NA | NA | NA |
| N/F | LVNV Funding | 7100-000 | $992.00 | NA | NA | NA |
| N/F | LendingClub | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Les Schwab Tire Center | 7100-000 | $1,105.00 | NA | NA | NA |
| N/F | Marks and Morgan/Sterling Jewelers | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Midland Funding Lie | 7100-000 | $1,520.00 | NA | NA | NA |
| N/F | OneMain Financial | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Portfolio Recovery | 7100-000 | $830.00 | NA | NA | NA |
| N/F | Portfolio Recovery | 7100-000 | $2,030.00 | NA | NA | NA |
| N/F | Portfolio Recovery | 7100-000 | $615.00 | NA | NA | NA |
| N/F | Portfolio Recovery | 7100-000 | $5,363.00 | NA | NA | NA |
| N/F | Prestige Financial Svc | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Receivables Management Group | 7100-000 | $93.00 | NA | NA | NA |
| N/F | Resurgent Capital Services | 7100-000 | $1,081.00 | NA | NA | NA |
| N/F | Sierra Collections & C | 7100-000 | $391.00 | NA | NA | NA |
| N/F | Synchrony Bank/Lowes | 7100-000 | $0.00 | NA | NA | NA |
| N/F | United Finance Company | 7100-000 | $0.00 | NA | NA | NA |
| | **TOTAL GENERAL UNSECURED CLAIMS** | | **$39,793.00** | **$16,046.00** | **$16,046.00** | **$10,374.79** |

# Form 1
# Individual Estate Property Record and Report
## Asset Cases

Exhibit 8
Page: 1

Case No.: 2:21-bk-01276-EPB
Case Name: AKERS, ROBERT W.
AKERS, TABATHA L.

For Period Ending: 05/15/2023

Trustee Name: (240206) David A. Birdsell
Date Filed (f) or Converted (c): 02/23/2021 (f)
§ 341(a) Meeting Date: 03/29/2021
Claims Bar Date: 10/01/2021

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 5117 S 243RD DR, BUCKEYE, AZ 85326-0000, MARICOPA COUNTY | 270,000.00 | 18,935.00 | | 18,935.00 | FA |
| 2 | 2008 DODGE 1500, 125000 MILES | 5,000.00 | 0.00 | | 0.00 | FA |
| 3 | PERSONAL POSSESSION IN HOME AT LIQUIDATION VALUE | 2,000.00 | 0.00 | | 0.00 | FA |
| 4 | 2 TVS, 2 CELL PHONES, 1 COMPUTER, PRINTER | 1,000.00 | 0.00 | | 0.00 | FA |
| 5 | GOLF CLUBS | 100.00 | 0.00 | | 0.00 | FA |
| 6 | KIMBER 380, KIMBER 45, KIMBER 10, S&M AR-15 | 2,000.00 | 0.00 | | 0.00 | FA |
| 7 | PERSONAL CLOTHING | 800.00 | 0.00 | | 0.00 | FA |
| 8 | WEDDING RINGS, COSTUME | 350.00 | 0.00 | | 0.00 | FA |
| 9 | 3 DOGS | 0.00 | 0.00 | | 0.00 | FA |
| 10 | CHECKING: CHASE BANK XXX5978 | 17.00 | 923.00 | | 923.00 | FA |
| 11 | CHECKING: NUMERICA CREDIT UNION | 15.00 | 0.00 | | 0.00 | FA |
| 12 | CHECKING: CHASE BANK | 222.00 | 0.00 | | 0.00 | FA |
| 13 | 401K: EMPLOYER | 951.00 | 0.00 | | 0.00 | FA |
| 14 | 401K: EMPLOYER 401K | 954.00 | 0.00 | | 0.00 | FA |
| 15 | LIVING TRUST - NO ASSETS OTHER THAN TITLE TO PERSONAL RESIDENCE AND BANK ACCOUNT | 0.00 | 0.00 | | 0.00 | FA |
| 16 | KANSAS CITY LIFE - TERM: SPOUSE | 0.00 | 0.00 | | 0.00 | FA |
| 17 | TICKETS PURCHASED PRE-PETITION USED POST PETITION (u) | 628.00 | 628.00 | | 628.00 | FA |
| 18 | 2021 TAX REFUNDS - ESTATE'S PRO-RATA PORTION (u) | 289.23 | 289.23 | | 289.23 | FA |
| 18 | Assets Totals (Excluding unknown values) | **$284,326.23** | **$20,775.23** | | **$20,775.23** | **$0.00** |

**Major Activities Affecting Case Closing:**

TRUSTEE HAS SUBMITTED HIS FINAL REPORT TO THE UNITED STATES TRUSTEE AND THE CASE IS NOW PENDING FOR THEIR APPROVAL

**Initial Projected Date Of Final Report (TFR):** 12/31/2021        **Current Projected Date Of Final Report (TFR):** 12/12/2022 (Actual)

Exhibit 9
Page: 1

# Form 2
## Cash Receipts And Disbursements Record

| Case No.: | 2:21-bk-01276-EPB | Trustee Name: | David A. Birdsell (240206) |
|---|---|---|---|
| Case Name: | AKERS, ROBERT W. | Bank Name: | Metropolitan Commercial Bank |
|  | AKERS, TABATHA L. | Account #: | ******7221 Checking |
| Taxpayer ID #: | **-***2586 | Blanket Bond (per case limit): | $27,456,481.00 |
| For Period Ending: | 05/15/2023 | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 03/26/21 | {10} | AKERS FAMILY TRUST | PAYMENT FROM DEBTOR | 1129-000 | 923.00 |  | 923.00 |
| 03/31/21 |  | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 |  | 5.00 | 918.00 |
| 04/27/21 |  | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 |  | -5.00 | 923.00 |
| 07/08/21 | {17} | ROBERT W. AKERS, TABATHA L. AKERS | REIMBURSEMENT FOR TICKETS PURCHASED | 1229-000 | 628.00 |  | 1,551.00 |
| 07/30/21 |  | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 |  | 5.00 | 1,546.00 |
| 08/31/21 |  | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 |  | 5.00 | 1,541.00 |
| 09/30/21 |  | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 |  | 5.00 | 1,536.00 |
| 10/29/21 |  | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 |  | 5.00 | 1,531.00 |
| 11/30/21 |  | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 |  | 5.00 | 1,526.00 |
| 12/31/21 |  | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 |  | 5.00 | 1,521.00 |
| 01/31/22 |  | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 |  | 5.00 | 1,516.00 |
| 02/28/22 |  | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 |  | 5.00 | 1,511.00 |
| 03/31/22 |  | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 |  | 5.00 | 1,506.00 |
| 04/29/22 |  | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 |  | 5.00 | 1,501.00 |
| 05/01/22 | {18} | ROBERT W. AKERS, TABATHA L. AKERS | 2021 TAX REFUNDS - ESTATE'S PRO-RATA SHARE | 1224-000 | 289.23 |  | 1,790.23 |
| 05/31/22 |  | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 |  | 5.00 | 1,785.23 |
| 06/15/22 | {1} | ROBERT W. AKERS, TABATHA L. AKERS | DEBTOR SETTLEMENT PAYMENT FOR EQUITY IN HOME | 1110-000 | 18,935.00 |  | 20,720.23 |
| 06/30/22 |  | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 |  | 17.30 | 20,702.93 |
| 07/29/22 |  | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 |  | 32.07 | 20,670.86 |
| 08/31/22 |  | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 |  | 36.44 | 20,634.42 |
| 09/30/22 |  | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 |  | 33.06 | 20,601.36 |
| 10/31/22 |  | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 |  | 31.91 | 20,569.45 |
| 11/30/22 |  | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 |  | 35.16 | 20,534.29 |
| 01/19/23 | 1001 | David A. Birdsell | Combined trustee compensation & expense dividend payments. |  |  | 2,951.78 | 17,582.51 |
|  |  | David A. Birdsell | Claims Distribution - Fri, 12-02-2022 $2,827.52 | 2100-000 |  |  |  |

Page Subtotals: $20,775.23    $3,192.72

{ } Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)    ! - transaction has not been cleared

# Form 2
## Cash Receipts And Disbursements Record

Exhibit 9
Page: 2

| | | | | | | |
|---|---|---|---|---|---|---|
| Case No.: | 2:21-bk-01276-EPB | | Trustee Name: | | David A. Birdsell (240206) | |
| Case Name: | AKERS, ROBERT W. | | Bank Name: | | Metropolitan Commercial Bank | |
| | AKERS, TABATHA L. | | Account #: | | ******7221 Checking | |
| Taxpayer ID #: | **-***2586 | | Blanket Bond (per case limit): | | $27,456,481.00 | |
| For Period Ending: | 05/15/2023 | | Separate Bond (if applicable): | | N/A | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | | David A. Birdsell | Claims Distribution - Fri, 12-02-2022 $124.26 | 2200-000 | | | |
| 01/19/23 | 1002 | LANE & NACH, PC | Combined dividend payments for Claim #, | | | 5,379.00 | 12,203.51 |
| | | LANE & NACH, PC | Claims Distribution - Fri, 12-02-2022 $110.50 | 3220-000 | | | |
| | | LANE & NACH, PC | Claims Distribution - Fri, 12-02-2022 $5,268.50 | 3210-000 | | | |
| 01/19/23 | 1003 | DOJ - DIVISION OF CHILD SUPPORT | Distribution payment - Dividend paid at 100.00% of $1,004.30; Claim # 3; Filed: $1,004.30 Stopped on 05/03/2023 | 5800-005 | | 1,004.30 | 11,199.21 |
| 01/19/23 | 1004 | DOJ - DIVISION OF CHILD SUPPORT | Distribution payment - Dividend paid at 100.00% of $824.42; Claim # 4; Filed: $824.42 Stopped on 05/03/2023 | 5800-005 | | 824.42 | 10,374.79 |
| 01/19/23 | 1005 | QUANTUM3 GROUP LLC AS AGENT FOR | Distribution payment - Dividend paid at 64.66% of $933.57; Claim # 1; Filed: $933.57 | 7100-000 | | 603.62 | 9,771.17 |
| 01/19/23 | 1006 | LES SCHWAB TIRE CENTER OF PORTLAND, INC. | Distribution payment - Dividend paid at 64.66% of $1,105.81; Claim # 2; Filed: $1,105.81 | 7100-000 | | 714.99 | 9,056.18 |
| 01/19/23 | 1007 | PORTFOLIO RECOVERY ASSOCIATES, LLC | Combined dividend payments for Claim #5, 6, 8, 9, 12 | | | 5,993.47 | 3,062.71 |
| | | PORTFOLIO RECOVERY ASSOCIATES, LLC | Claims Distribution - Fri, 12-02-2022 $373.38 | 7100-000 | | | |
| | | PORTFOLIO RECOVERY ASSOCIATES, LLC | Claims Distribution - Fri, 12-02-2022 $328.29 | 7100-000 | | | |
| | | PORTFOLIO RECOVERY ASSOCIATES, LLC | Claims Distribution - Fri, 12-02-2022 $1,287.67 | 7100-000 | | | |
| | | PORTFOLIO RECOVERY ASSOCIATES, LLC | Claims Distribution - Fri, 12-02-2022 $3,467.75 | 7100-000 | | | |
| | | PORTFOLIO RECOVERY ASSOCIATES, LLC | Claims Distribution - Fri, 12-02-2022 $536.38 | 7100-000 | | | |
| 01/19/23 | 1008 | LVNV FUNDING LLC | Distribution payment - Dividend paid at 64.66% of $886.01; Claim # 7; Filed: $886.01 | 7100-000 | | 572.86 | 2,489.85 |
| 01/19/23 | 1009 | QUANTUM3 GROUP LLC AS AGENT FOR | Distribution payment - Dividend paid at 64.66% of $470.43; Claim # 10; Filed: $470.43 | 7100-000 | | 304.16 | 2,185.69 |
| 01/19/23 | 1010 | CREDITS, INCORPORATED | Distribution payment - Dividend paid at 64.66% of $3,380.46; Claim # 11; Filed: $3,380.46 | 7100-000 | | 2,185.69 | 0.00 |

Page Subtotals: $0.00 $17,582.51

{ } Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)    ! - transaction has not been cleared

# Form 2
## Cash Receipts And Disbursements Record

Exhibit 9

Page: 3

| Case No.: | 2:21-bk-01276-EPB | Trustee Name: | David A. Birdsell (240206) |
|---|---|---|---|
| Case Name: | AKERS, ROBERT W. | Bank Name: | Metropolitan Commercial Bank |
| | AKERS, TABATHA L. | Account #: | ******7221 Checking |
| Taxpayer ID #: | **-***2586 | Blanket Bond (per case limit): | $27,456,481.00 |
| For Period Ending: | 05/15/2023 | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 05/03/23 | 1003 | DOJ - DIVISION OF CHILD SUPPORT | Distribution payment - Dividend paid at 100.00% of $1,004.30; Claim # 3; Filed: $1,004.30 Stopped: check issued on 01/19/2023 | 5800-005 | | -1,004.30 | 1,004.30 |
| 05/03/23 | 1004 | DOJ - DIVISION OF CHILD SUPPORT | Distribution payment - Dividend paid at 100.00% of $824.42; Claim # 4; Filed: $824.42 Stopped: check issued on 01/19/2023 | 5800-005 | | -824.42 | 1,828.72 |
| 05/03/23 | 1011 | CLERK OF THE US BANKRUPTCY COURT | UNCLAIMED FUNDS | | | 1,828.72 | 0.00 |
| | | DOJ - DIVISION OF CHILD SUPPORT | UNCLAIMED FUNDS $1,004.30 | 5800-001 | | | |
| | | DOJ - DIVISION OF CHILD SUPPORT | UNCLAIMED FUNDS $824.42 | 5800-001 | | | |
| | | **COLUMN TOTALS** | | | 20,775.23 | 20,775.23 | $0.00 |
| | | | Less: Bank Transfers/CDs | | 0.00 | 0.00 | |
| | | **Subtotal** | | | 20,775.23 | 20,775.23 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | **NET Receipts / Disbursements** | | | $20,775.23 | $20,775.23 | |

Exhibit 9
Page: 4

# Form 2

## Cash Receipts And Disbursements Record

| | | | |
|---|---|---|---|
| **Case No.:** | 2:21-bk-01276-EPB | **Trustee Name:** | David A. Birdsell (240206) |
| **Case Name:** | AKERS, ROBERT W.<br>AKERS, TABATHA L. | **Bank Name:** | Metropolitan Commercial Bank |
| | | **Account #:** | ******7221 Checking |
| **Taxpayer ID #:** | **-***2586 | **Blanket Bond (per case limit):** | $27,456,481.00 |
| **For Period Ending:** | 05/15/2023 | **Separate Bond (if applicable):** | N/A |

| | |
|---:|---:|
| Net Receipts: | $20,775.23 |
| Plus Gross Adjustments: | $0.00 |
| Less Payments to Debtor: | $0.00 |
| Less Other Noncompensable Items: | $0.00 |
| Net Estate: | $20,775.23 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---:|---:|---:|
| ******7221 Checking | $20,775.23 | $20,775.23 | $0.00 |
| | **$20,775.23** | **$20,775.23** | **$0.00** |